## Adrienne L. MCADORY, Plaintiff-Appellant,

v.

## VAIL TECHNOLOGIES, Defendant-Appellee.

### No. 17-1725

United States Court of Appeals, Fourth Circuit.

Submitted: October 19, 2017

Decided: December 6, 2017

Adrienne L. McAdory, Appellant Pro Se. Craig Benson Young, KUTAK ROCK, LLP, Washington, D.C., for Appellee.

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

·PER CURIAM:

Adrienne L. McAdory appeals the district court's order granting Vail Technologies' bill of costs. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McAdory v. Vail Technologies*, No. 1:16-cv-00886-LMB-TCB (E.D. Va. June 13, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*